JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   4-08-70664 WDB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME |
| v. | ) | |
| DASHON R. STARKS, | ) | |
| Defendant. | ) | OAKLAND VENUE |

      The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant Dashon R. Starks be continued from Thursday, October 30, 2008, at 10:00 a.m., to Thursday, November 13, 2008 at 10:00 a.m. before this Court.

      The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from October 23, 2008, to and including November 13, 2008.  The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

      Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, section 3161.  In this regard, the parties agree the

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
CR 4-08-70664 WDB

1  ends of justice served by granting the continuance outweigh the best interests of the public and
2  the defendant in a speedy trial.  Undersigned defense counsel represents that she has spoken with
3  her client, Mr. Starks, and that Mr. Starks agrees to the continuance and to time being tolled and
4  waived as requested.

5  In support of this request, the parties note that on October 9, 2008, the government
6  produced discovery to defense counsel, which defense counsel needs to review with defendant.
7  In addition, defense counsel will be out of the office and unavailable on October 23, 2008 and
8  October 24, 2008.  Therefore, the continuance and exclusion of time is requested for effective
9  preparation of defense counsel, taking into account the exercise of due diligence, and continuity
10 of defense counsel.  Additionally, the parties are attempting to negotiate a resolution in this
11 matter; defense counsel and defendant need additional time to review the discovery and to make
12 an informed decision regarding the potential resolution of the matter.

13 **IT IS SO STIPULATED.**

14 DATED:     October 23, 2008                    Respectfully submitted,

15                                                JOSEPH P. RUSSONIELLO
                                                  United States Attorney
16

17                                                By_____/s/_____
                                                  JAMES C. MANN
18                                                Assistant U.S. Attorney

19

20 DATED:     October 23, 2008                         _____/s/_____
                                                  JOYCE LEAVITT
21                                                Attorney for Defendant Dashon R.
                                                  Starks
22

23 **IT IS SO ORDERED.**

24 DATED:     October 27, 2008                    _____
                                                  HON. WAYNE D. BRAZIL
25                                                United States Magistrate Judge

26

27

28

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
CR 4-08-70664 WDB